IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN CAGLE, | No. CIV S-06-0575-FCD-CMK-P |
|     Petitioner, | |
|   vs. | FINDINGS AND RECOMMENDATIONS |
| VEAL, | |
|     Respondent. | |
| _____/ | |

      Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On April 6, 2006, the court directed petitioner to either submit an affidavit in support of his application to proceed in forma pauperis or pay the filing fee for this action within 30 days. Petitioner has failed to comply.

      The court must weigh five factors before imposing the harsh sanction of dismissal. See Bautista v. Los Angeles County, 216 F.3d 837, 841 (9th Cir. 2000); Malone v. U.S. Postal Service, 833 F.2d 128, 130 (9th Cir. 1987). Those factors are: (1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its own docket; (3) the risk of prejudice to opposing parties; (4) the public policy favoring disposition of cases on their merits; and (5) the availability of less drastic sanctions. See id.; see also Ghazali v. Moran,

1

1  46 F.3d 52, 53 (9th Cir. 1995) (per curiam).  A warning that the action may be dismissed as an
2  appropriate sanction is considered a less drastic alternative sufficient to satisfy the last factor.
3  See Malone, 833 F.2d at 132-33 & n.1.  The sanction of dismissal for lack of prosecution is
4  appropriate where there has been unreasonable delay.  See Henderson v. Duncan, 779 F.2d 1421,
5  1423 (9th Cir. 1986).
6        Having considered these factors, and in light of petitioner's failure to resolve the
7  fee status for this case, the court finds that dismissal is appropriate.
8        Based on the foregoing, the undersigned recommends that this action be
9  dismissed, without prejudice, for lack of prosecution and failure to comply with court rules and
10  orders.
11        These findings and recommendations are submitted to the United States District
12  Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within ten days
13  after being served with these findings and recommendations, any party may file written
14  objections with the court.  The document should be captioned "Objections to Magistrate Judge's
15  Findings and Recommendations."  Failure to file objections within the specified time may waive
16  the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).
17
18  DATED:  May 22, 2006.

                                          /s/ Craig M. Kellison
                                          **CRAIG M. KELLISON**
                                          UNITED STATES MAGISTRATE JUDGE