# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

NATHAN CAGLE,                               No. CIV S-06-0575-FCD-CMK-P

    Petitioner,

  vs.                                              ORDER

VEAL,

    Respondent.

_____/

       Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On April 6, 2006, the court directed petitioner to either submit an affidavit in support of his application to proceed in forma pauperis or pay the filing fee for this action within 30 days. Petitioner failed to comply and, on May 23, 2006, the court issued findings and recommendations that this action be dismissed for lack of prosecution and failure to comply with court rules and orders. See Local Rule 11-110. On June 5, 2006, petitioner filed two documents (Docs. 6 & 7) essentially requesting additional time to comply with the court's April 6, 2006, order regarding fees. Good cause appearing therefor, the court will vacate the May 23, 2006, findings and recommendations and grant petitioner an additional opportunity to comply with the court's April 6, 2006, order.

Petitioner has not filed an application to proceed in forma pauperis or paid the required filing fee. See 28 U.S.C. §§ 1914(a), 1915(a). Petitioner will be provided the opportunity to submit either a completed application to proceed in forma pauperis or the appropriate filing fee. Any application to proceed in forma pauperis must be accompanied by a ". . . certification from the warden or other appropriate officer of the place of confinement showing the amount of money or securities that the petitioner has in any account in the institution" as required by Rule 3(a)(2) of the Federal Rules Governing Section 2254 Cases. Petitioner is again warned that failure to comply with this order may result in the dismissal of this action. See Local Rule 11-110.

Accordingly, IT IS HEREBY ORDERED that:

1.   The findings and recommendations issued on May 23, 2006, are vacated;

2.   Petitioner shall submit on the form provided by the Clerk of the Court, within 30 days from the date of this order, a complete application for leave to proceed in forma pauperis, or the appropriate filing fee; and

3.   The Clerk of the Court is directed to send petitioner a new form Application to Proceed In Forma Pauperis By a Prisoner.

DATED: June 7, 2006.

   /s/ Craig M. Kellison
   **CRAIG M. KELLISON**
   UNITED STATES MAGISTRATE JUDGE