# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

NATHAN CAGLE,                                       No. CIV S-06-0575-FCD-CMK-P

    Petitioner,

  vs.                                                                ORDER

VEAL,

    Respondent.

_____/

        Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

        On May 25, 2007, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within 20 days. No objections to the findings and recommendations have been filed.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 25, 2007, are adopted in full;

2. Respondent's motion to dismiss (Doc. 16) is granted;

3. Petitioner's petition for a writ of habeas corpus is dismissed; and

4. The Clerk of the Court is directed to enter judgment and close this file.

DATED: July 13, 2007.

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2